UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RITO FABIAN DURAN-MENDOZA,<br><br>Defendant. | CASE NO.:   21CR0541-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
|---|---|

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently set for April 9, 2021 at 1:30 p.m., be continued to May 21, 2021 at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act in the interests of justice under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge